# Third District Court of Appeal

## State of Florida

Opinion filed March 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-947
Lower Tribunal No. 18-36339
_____


**Loretta Lizzotte,**
Appellant,

vs.

**City of Miami Springs, et al.,**
Appellees.



An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola and Maria de Jesus Santovenia, Judges.

Law Office of Ansana D. Singh, P.A., and Ansana D. Singh, for appellant.

Cole, Scott & Kissane, P.A., and Lissette Gonzalez, for appellee The Suco Investment Group, Inc., d/b/a Woody's West End Tavern.


Before EMAS, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed. See Shields v. Food Fair, 106 So. 2d 90, 92 (Fla. 3d DCA 1958) ("The duty owed to invitees by an occupier of premises to maintain them in a reasonably safe condition includes and extends to approaches to the premises which are open to invitees in connection with their business on the premises, and which approaches are so located and constituted as to represent an invitation to visit the place of business and to use such means of approach"). See also Gutierrez v. Dade Cty. Sch. Bd., 604 So. 2d 852, 853 (Fla. 3d DCA 1992) ("A landowner is under a duty to invitees to maintain his premises in a reasonably safe condition. That duty extends to the means which the landowner has expressly provided for use by the invitees for ingress and egress"); Marhefka v. Monte Carlo Mgmt. Corp., 358 So. 2d 1171, 1172 (Fla. 3d DCA 1978).